Entered on Docket
June 10, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for Plaintiff
PAUL MANSDORF

The following constitutes the order of the Court.
Signed: June 8, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TAOW, LLC,<br><br>Debtor. | Case No. 18-40158 WJL<br>Chapter 7<br>Hon. William J. Lafferty |
| Paul Mansdorf,<br>Chapter 7 Trustee,<br><br>Plaintiff.<br><br>v.<br><br>Rene G. Boisvert; Rene G. Boisvert, Trustee of the Rene G. Boisvert Revocable Trust Dated August 4, 2004; Rene G. Boisvert as Trustee of the Greenwood Revocable Living Trust, U/A dated 6-12-2012; Bindy LLC, a Wyoming limited liability company, and 800 Center LLC, a California limited liability company,<br><br>Defendants. | Adversary Proceeding No. 19-04020<br><br>**JUDGMENT QUIETING TITLE**<br><br>Date: May 29, 2019<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street<br>       Hon. William J. Lafferty III<br>       Courtroom 220<br>       Oakland, CA 94612 |

Based on this Court's Order Granting Plaintiff's Motion for Partial Summary Judgment, Docket No. 39 entered on June 6, 2019,

JUDGMENT IS ENTERED AS FOLLOWS:

/ / /

Title to the property commonly known as 610 Boulevard Way, Oakland, California, with the following Legal Description:

> Lot 4, Block D, Map of Piedmont Knoll, filed October 4, 1907,
> Map Book 23, Page 36, Alameda County Records

("Property") is quieted in fee simple in the name of TAOW, LLC and its bankruptcy estate in the above-named Chapter 7 case and is vested, for all purposes, in the "Estate of TAOW, LLC, Paul Mansdorf, Trustee, Case No. 18-40158," free and clear of any claimed right, title, estate, lien or interest, express or implied, whatsoever, in the Property, by the Defendants or any of them.

****** END OF ORDER *****

*** COURT SERVICE LIST ***

No Court service required.